1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Janet Borne

6                  **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF ARIZONA**
7

8  Janet Borne,                    )   **Case No.: 2:11-cv-01535**
                                   )
9              Plaintiff,          )   **NOTICE OF SETTLEMENT**
                                   )
10     v.                          )
                                   )
11 GC Services, LP,,               )
                                   )
12             Defendant.          )
                                   )
13 _____

14      NOW COMES the Plaintiff, Janet Borne, by and through the undersigned counsel and

15 hereby informs the court that a settlement of the present matter has been reached and is in the

16 process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30

17 days.

18      Plaintiff therefore requests that this honorable court vacate all dates currently set on

19 calendar for the present matter.

20                              Respectfully Submitted,

21 Dated: August 31, 2011         KROHN & MOSS, LTD.

22

23                              By: /s/ Ryan Lee

24                                  Ryan Lee
                                    Attorney for Plaintiff
25

- 1 -

Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2011, I served a copy of this document via ELECTRONIC MAIL upon the following:

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
tel: (312) 704-3000
fax: (312) 704-3001
'tstelter@hinshawlaw.com'

By: /s/ Ryan Lee

    Ryan Lee
    Attorney for Plaintiff