# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janet Borne, | No. CV11-1535 PHX DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| GC Services, LP, | |
| Defendant. | |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **September 30, 2011** without further leave of Court.

Dated this 31st day of August, 2011.

_____
David G. Campbell
United States District Judge